

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C.  20001

November 14, 2007

Perry D. Mathis, Clerk
USDC for the Northern District of Alabama
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL   35203

**Re: MDL No. 1869 –In Re:  Rail Freight Fuel Surcharge Antitrust Litigation**

West Alabama Sand & Gravel, Inc. V. CSX Transportation, Inc., et al.
    Your Case Number: C.A. No. 7:07-1191        **Our Case Number: CA No. 1-07-2065**

Dear Clerk of Court:

Enclosed please find certified copies of the Transfer Order of the Judicial Panel on Multidistrict Litigation pursuant to 28 U.S.C. 1407 transferring the above two cases to the United States District Court for the District of Columbia.

At your earliest convenience, please forward the case files and docket sheets as PDF documents attached to an email addressed to:**katherine_Snuffer@dcd.uscurts.gov
Please make reference to our new case number in your transmittal letter.**

Sincerely,

Katherine Snuffer, Deputy Clerk
(202) 354-3183

Enclosures

cc: Judge Friedman
    Judicial Panel on Multidistrict Litigation